1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN WILLIAM ROBINSON | ) | Case No.: 1:12-cv-00173 LJO JLT (PC) |
| Plaintiff, | ) ) ) | ORDER DENYING DE NOVO REVIEW AS MOOT |
| v. | ) ) | (Doc. 13) |
| A. ENENMOH, | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

On April 10, 2012, Plaintiff filed a motion seeking de novo review of the order denying his motion to remand. (Doc. 10)  In this motion, Plaintiff reports that, despite his reference to state statutes that do not provide a private right of action and his reference to the Eighth Amendment to the United States Constitution, he did not intend to raise any federal claims.  (Doc. 2)  Plaintiff takes the position that when he discussed the Eighth Amendment to the United States Constitution in his attached "argument" section of his complaint that, somehow, this was not part of his complaint for purposes of determining whether he states a cognizable claim.  Not so.  Tyler v. Cuomo, 236 F.3d 1124, 1131 (9th Cir. Cal. 2000) ("In determining whether a plaintiff can prove facts in support of his or her claim that would entitle him or her to relief, we may consider facts contained in documents attached to the complaint. "

1    In any event, Plaintiff seeks leave to amend to eliminate any federal cause of action from his

2  complaint.   (Doc. 13 at 2)  However, on March 9, 2012, the Court dismissed Plaintiff's <u>with leave to</u>

3  <u>amend</u>.  Thus, Plaintiff has already been granted permission to file an amended complaint.[1]

4    However, because Plaintiff has already been granted leave to amend, the relief sought in his

5  current motion has already been granted such that his current request is **MOOT**.  Plaintiff is advised

6  that, in his amended complaint, he is free <u>to delete all references to federal law and federal statutes</u>[2] in

7  his complaint or any documents, whether argument or otherwise, attached thereto.  At that time, the

8  Court would be permitted to consider whether supplemental jurisdiction should be maintained or

9  whether the matter should be remanded to the state court.

10                                               **ORDER**

11    Based upon the foregoing, the Court **ORDERS:**

12    1.    Plaintiff's motion for de novo review is denied as **MOOT.**

13

14

15  IT IS SO ORDERED.

16  Dated:   **April 11, 2012**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

---

[1] It appears that this order had not reached Plaintiff by the time that he filed his current motion.

27

[2] Plaintiff is advised that, generally, if a complaint refers to an Amendment to the United States Constitution or a federal
28  statute, it will be construed as seeking to assert a federal claim.